## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4015                    Assigned/Issued By: j. n.

Judge Name: kennelly                     Designated Magistrate Judge: valdez

---

### FEE INFORMATION

Amount Due:  [✓] $350.00    [ ] $39.00    [ ] $5.00
             [ ] IFP        [ ] No Fee    [ ] Other _____
             [ ] $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____              Receipt #: 2936053_____

Date Payment Rec'd: 7-15-08_____     Fiscal Clerk: j. n._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons       _____
                                             _____
                                             *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets          [ ] Other
[ ] Writ _____                 _____
    *(Type of Writ)*                         _____
                                             *(Type of issuance)*

1_____ Original and  0_____ copies on  7-15-08_____ as to  defendant_____
                                           *(Date)*

_____
_____